IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 29 2022

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                  21 CR 00597 JB

SEVERANO CEBALLOS MARTINEZ,

Defendant.

## ORDER ON MOTION FOR DETERMINATION OF FINANCIAL ELIBIGILITY FOR APPOINTMENT OF COUNSEL

THIS MATTER having come before the Court on the Federal Public Defender's Motion for Determination of Financial Eligibility for Appointment of Counsel (Doc. 59) filed pursuant to 18 U.S.C. § 3006A, and the Court, being fully advised on the matter, finds that the Defendant is indigent and eligible for court-appointed counsel.

_____
JAMES O. BROWNING
UNITED STATES DISTRICT JUDGE

Submitted by:
Alejandro B. Fernandez
Assistant Federal Public Defender