Case 1:21-cr-00597-JB   Document 64   Filed 09/30/22   Page 1 of 1
Appellate Case: 22-2080   Document: 010110747221   Date Filed: 09/30/2022   Page: 1
Case 1:21-cr-00597-JB   Document 63   Filed 09/27/22   Page 1 of 1

# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I** - To be completed by appellant within fourteen days of filing the notice of appeal.

Short Title: USA v. Martinez   District Court Number: 21-cr-00597-JB
District: New Mexico   Circuit Court Number: 22-2080
Name of Attorney/Pro Se Party: Alejandro B. Fernandez   Email Address: Alejandro_Fernandez@fd.org
Name of Law Firm/Office: Federal Public Defender   Telephone: (505) 346-2489
Address: 111 Lomas Blvd., NW, Suite 501, Albuquerque, NM   87102
Attorney for: Severano Ceballos Martinez
Name of Court Reporter: Exceptional Reporting Svcs. Inc.
Name of Court Reporter (if ordering from more than one): Jennifer Bean

**PART II** - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

**SECTION A** -   I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
   [] A transcript is not necessary for this appeal;
   [] The necessary transcript is already on file in District Court; or
   [] The necessary transcript was ordered previously in appeal
       number _____

**SECTION B** -   I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
   (Specify the date and proceeding in the space below)

Voir dire: _____   Opening Statements: _____
Trial proceedings: _____   Closing Arguments: _____
Jury Instructions: _____   Other Proceedings: Prel/Dtn hrg. held 4/13/21 (Exceptional)
Post-Trial Hearings: _____   Other Proceedings: Arraignment hrg. held 5/6/21 (Exceptional)
(Attach additional pages if necessary)   Plea hrg. held 11/3/21 (Exceptional);
   Sentencing hrg. held 5/12/22 (J. Bean)

[] I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.

✓ This case is proceeding under the Criminal Justice Act.

**IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: /s/ Alejandro B. Fernandez   Date: 9/27/2022

**PART III** -   To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 9/28/2022
Estimated completion date: 10/28/2022
Estimated number of pages: 50
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _____   Date: 9/29/2022

A-8 Transcript Order Form 3/2017