

# United States District Court
## District of New Mexico
### Office of the Clerk
### Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

November 17, 2022

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *(Martinez v. USA) (USDC Case Number 21cr597 JB) (COA Case Number 22-2080)*

Dear Mr. Wolpert,

    Enclosed please find the Record on Appeal in (3) Volumes which consists of the following.

| | |
|---|---|
| Volume I | Pleadings |
| Volume II | Sealed Pleadings |
| Volume III | Transcript of Proceedings (90-day restricted) |

Sincerely,

Mitchell R. Elfers
Clerk of Court

/s/
_____

By: Amy Padilla